```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
RAYLIN FABRE,                       :
                Petitioner,         :
                                    :      08 Civ. 5883
         -v-                        :      (DLC)(AJP)
                                    :
JUSTIN TAYLOR, SUPERINTENDENT,      :      ORDER OF
GOUVERNEUR CORRECTIONAL FACILITY,   :      REFERENCE TO A
                Respondent.         :      MAGISTRATE JUDGE
                                    :
------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_X_ Habeas Corpus

___ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

   SO ORDERED:

Dated:    New York, New York
          July 9, 2008

                                    _____
                                    DENISE COTE
                                    United States District Judge

Copy sent to:

Raylin Fabre
No. 06R3740
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, NY 13642