UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                          :

RAYLIN FABRE,                                   :          **NOTICE OF APPEARANCE**

                  Petitioner,                     :

                                            :          CV-08-5883 (DLC)

                  - against -                    :

JUSTIN TAYLOR, SUPERINTENDENT,       :
GOUVERNEUR CORRECTIONAL FACILITY   :

                  Respondent.                :
------------------------------------------------------------- x

       PLEASE TAKE NOTICE that respondent, Superintendent Justin Taylor, by his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby requests that all future papers be served upon the Attorney General, to the attention of Paul M. Tarr, Assistant Attorney General, now the lead and notice attorney for respondent in relation to the above-captioned matter, at Paul.Tarr@oag.state.ny.us or 120 Broadway, 22nd Floor, New York, New York 10271-0332.

Dated:   New York, New York
            July 17, 2008

                                                 ANDREW M. CUOMO
                                                 Attorney General of the
                                                 State of New York
                                                 <u>Attorney for the Defendants</u>

                            By:     <u>/s/ Paul M. Tarr</u>
                                     PAUL M. TARR
                                     Assistant Attorney General
                                     120 Broadway
                                     New York, New York  10271
                                     Paul.tarr@oag.state.ny.us
                                     (212) 416-8785

## DECLARATION OF SERVICE

PAUL M. TARR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that, on July 9, 2008, he served the annexed notice of appearance upon petitioner, by having it mailed via the United States Postal Service, to the petitioner at the following address:

> Mr. Raylin Fabre
> 06-R-3740
> Gouverneur Correctional Facility
> P.O. Box 480
> Marcy, New York 13642

> /s/ Paul M. Tarr
> Paul M. Tarr
> Assistant Attorney General
> (212) 416-8785
> Paul.Tarr@oag.state.ny.us

Executed on July 17, 2008